Arnd N. von Waldow (SBN 56628)
(*Pro Hac Vice*)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:	+1 412 288 3131
Facsimile:	+1 412 288 3063

Lynn A. Combs (SBN 253774)
Email:	lcombs@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
HBC Radiomatic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN PEREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>HBC RADIOMATIC GmBH, HBC RADIOMATIC, INC., and DOES 1 to 20, inclusive,<br><br>        Defendant. | Case No.:  3:14-cv-03908-SC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT HBC RADIOMATIC, INC.'S REQUEST TO ALLOW AN ATTORNEY OTHER THAN LEAD TRIAL COUNSEL TO APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(A)**<br><br>Compl. Filed:	June 27, 2014<br><br>The Honorable Samuel Conti |

– 1 –

**ORDER**

1. Pursuant to Local Rule 16-10(A), this Court hereby grants Defendant HBC Radiomatic, Inc.'s request permitting an attorney other than lead trial counsel to appear at the initial Case Management Conference on Friday, December 5, 2014, at 10:00 a.m.

2. ~~In the alternative, this Court agrees to extend the time of the initial Case Management Conference originally scheduled for Friday, December 5, 2014, at 10:00 a.m. to _____, 2015 at __:__.~~

**IT IS SO ORDERED.**

DATED: 11/17/2014



Judge Samuel Conti

---

[PROPOSED] ORDER GRANTING DEFENDANT HBC RADIOMATIC, INC.'S REQUEST TO ALLOW AN ATTORNEY OTHER THAN LEAD TRIAL COUNSEL TO APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(A)

– 2 –